No. 66000.—Catholic Manufacturing Co., Inc. *v.* United States, protests 60/332 and 60/662 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiff was sustained.

No. 66001.—Lacy Falk *v.* United States, protests 60/29285, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 66002.—Florea & Co., Inc. *v.* United States, protest 306172–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the items marked "A" were held dutiable at 30 percent under paragraph 915, as modified, *supra*, as knit nylon gloves similar in use to cotton gloves, and the items marked "B" at 30 percent under paragraph 1208, as modified, *supra*, as knit nylon gloves similar in use to silk gloves.